UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>John Rosa</u>

    v.                                    Civil No. 07-386-JL

<u>Geordie H. King</u>


**O R D E R**

The Preliminary Pretrial Conference was held via telephone conference call on April 21, 2008.

The Discovery Plan (document #12) is approved as submitted, with the following changes:

The trial deposition deadline under ¶12 is 14 days before trial.

**SO ORDERED.**

                                             _/s/ Joseph N. Laplante_
                                             Joseph N. Laplante
                                             United States District Judge

April 21, 2008

cc:   David W. Anderson, Esq.
       Leonard W. Langer, Esq.
       Marshall J. Tinkle, Esq.